1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Wendell Brown

        Plaintiff(s),

vs.

The Moore Law Group P.C.; Donna Armenta; and JP Morgan Chase Bank, N.A.

        Defendant(s).

Case #2:24-cv-00869

**ORDER GRANTING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Nicole M. Strickler, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of Messer Strickler Burnette, LTD.
(firm name)

with offices at 142 W. Station Street
(street address)

Barrington, Illinois, 60010
(city) (state) (zip code)

(312) 334-3442, nstrickler@messerstrickler.com
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by The Moore Law Group P.C.; Donna Armenta to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **July 7, 2009** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Illinois** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

See Attached

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Illinois____ )
)
COUNTY OF ____Cook____ )

____Nicole M. Strickler____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__15th__ day of __May__ __2024__.

__White__
Notary Public or Clerk of Court

J WHITE
Official Seal
Notary Public - State of Illinois
My Commission Expires Jan 5, 2026

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Donna Armenta____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2551 N. Green Valley Pkwy Suite 203B_____,
(street address)

__Henderson__, __Nevada__, __89014__,
(city)           (state)         (zip code)

__(800)506-2652 x701__, __DArmenta@collectmoore.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

- State of Illinois (bar number 6298459; admitted 05/07/2009),
- State of Indiana (Bar No. 37870-45; admitted 1/26/2023)
- State of Washington (bar number 54669; admitted 01/31/2019),
- State of Michigan (bar number P83573; admitted 07/15/2019),
- State of Wisconsin (bar number 1128446; admitted 03/15/2022),
- U.S. District Court for the Northern District of Illinois (admitted 07/07/2009),
- U.S. District Court for the Central District of Illinois (admitted 09/26/2011),
- U.S. District Court for the Southern District of Illinois (admitted 07/18/2011),
- U.S. District Court for the Northern District of Illinois, Bankruptcy (admitted 01/07/2013),
- U.S. District Court for the Southern District of Indiana (08/03/2011),
- U.S. District Court for the Northern District of Indiana (admitted 09/30/2011),
- U.S. District Court for the Western District of Michigan (admitted 01/14/2011),
- U.S. District Court for the Eastern District of Michigan (admitted 01/27/2014),
- U.S. District Court for the Western District of Michigan, Bankruptcy (admitted 01/14/2011),
- U.S. District Court for the Eastern District of Wisconsin (admitted 08/23/2012),
- U.S. District Court for the Northern District of Ohio (admitted 10/17/2017),
- U.S. District Court for the Eastern District of Missouri (admitted 12/19/2011),
- U.S. District Court for the Eastern District of Texas (admitted 04/03/2017),
- U.S. District Court for the Western District of Wisconsin (admitted 04/23/2019),
- U.S. District Court for the Western District of Washington (admitted 03/06/2019),
- U.S. District Court for the District of Nebraska (admitted 10/03/2023),
- U.S. Court of Appeals for the Sixth Circuit (admitted 03/24/2015),
- U.S. Court of Appeals for the Second Circuit (admitted 08/23/2014),
- U.S. Court of Appeals for the Ninth Circuit (admitted 08/30/2013),
- U.S. Court of Appeals for the Eleventh Circuit (admitted 04/25/2017),
- U.S. Court of Appeals for the Seventh Circuit (admitted 05/14/2010),
- The United States Supreme Court (admitted 10/17/2017)



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
5/7/2024

Re: Nicole Marie Strickler
Attorney No. 6298459

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Nicole Marie Strickler was admitted to practice law in Illinois on 5/7/2009; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

### NICOLE MARIE STRICKLER

is a member of the bar of the Supreme Court of Indiana since admission on __January 26, 2023__, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 7th day of May, 2024.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 54669 |
| OF | ) | CERTIFICATE |
| NICOLE MARIE STRICKLER | ) | OF |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | GOOD STANDING |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

### NICOLE MARIE STRICKLER

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on January 31, 2019, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 7th day of May, 2024.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court

# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

This certifies that Nicole Marie Strickler, P83573 of Barrington, Illinois is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on July 10, 2019 in Berrien County and became a member of the State Bar of Michigan on July 15, 2019.



Peter W. Cunningham, Executive Director
May 08, 2024



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Samuel A. Christensen
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

### NICOLE M. STRICKLER

was admitted to practice as an attorney within this state on March 15, 2022 and is presently in good standing in this court.

Dated: May 8, 2024

SAMUEL A. CHRISTENSEN
Clerk of Supreme Court



AP-7000, 03/2005 Certificate of Good Standing

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Donna Armenta_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

_____Donna Armenta_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6527                               DArmenta@collectmoore.com
Bar number                         Email address

APPROVED:

Dated: this 6th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16